# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 03-1385

_____

| | | |
|---|---|---|
| Charles Lewis X. Shannon, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Missouri. |
| Frank Sancegraw; Michael J. Layden; | * | |
| Craig Hufford; Sharon Rhodes, C.O.; | * | [UNPUBLISHED] |
| Brenda Gibson; Morgan Warren, | * | |
| C.O. I; Kim Ratcliff, C.O.; Extraction | * | |
| Team, John Doe, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:  December 5, 2003

Filed:  December 11, 2003

_____

Before BYE, BOWMAN, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Missouri inmate Charles Lewis X. Shannon appeals the district court's[1] preservice dismissal without prejudice of his 42 U.S.C. § 1983 action for failure to comply with the court's order.  Having carefully reviewed the record, we conclude

_____

[1]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.

the district court did not abuse its discretion.  <u>See</u> <u>Edgington v. Mo. Dep't of Corrs.</u>, 52 F.3d 777, 779-80 (8th Cir. 1995) (district court did not abuse its discretion in dismissing prisoner's pro se complaint without prejudice where prisoner failed to comply with court's order to plead specifically how each defendant violated his rights).

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.  We also deny Shannon's pending motion.

_____